UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CHRISTIAN VELASQUEZ, on behalf of himself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ) SALSAS AND BEER RESTAURANT, ) INC., NOE PATINO, PATRICIAPATINO, ) DIONISIO PATINO, and ISMAEL ) PATINO, ) ) Defendants. ) | **JUDGMENT IN A CIVIL CASE** **CASE NO. 5:15-CV-146-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion for summary judgment [D.E. 40], DENIES plaintiff's motion to strike [D.E. 49], and DENIES plaintiff's motion for sanctions [D.E. 54]. Plaintiff's FLSA claim is DISMISSED for lack of subject-matter jurisdiction. The court DECLINES to exercise supplemental jurisdiction over plaintiff's NCWHA claim and DISMISSES without prejudice the NCWHA claim. Plaintiff may seek relief under the NCWHA in state court.

**This Judgment Filed and Entered on September 28, 2017, and Copies To:**

| | |
|---|---|
| Michael B. Cohen | (via CM/ECF electronic notification) |
| Gilda Hernandez | (via CM/ECF electronic notification) |
| Grant S. Mitchell | (via CM/ECF electronic notification) |

DATE:                                    PETER A. MOORE, JR., CLERK

September 28, 2017                 (By)  /s/ Nicole Briggeman
                                                      Deputy Clerk